# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

WESLEY PIERCE

NO. 2025 KW 1046

**DECEMBER 30, 2025**

---

In Re:   Wesley Pierce, applying for supervisory writs, 22nd
         Judicial District Court, Parish of St. Tammany, Nos.
         1378F2021, 1380M2021, 3421F2021, 4384F2022, 4638F2022,
         0774F2023.

---

**BEFORE:   LANIER, WOLFE, AND HESTER, JJ.**

   **WRIT DENIED ON THE SHOWING MADE.**  Relator failed to include
the bill of information, the habitual offender bill of information,
all pertinent minute entries and/or transcripts, and any other
portions of the district court record that might support the claims
raised in the writ application.  Supplementation of this writ
application and/or an application for rehearing will not be
considered. See Uniform Rules of Louisiana Courts of Appeal, Rules
2-18.7 & 4-9. In the event relator elects to file a new application
with this court, the application must be filed on or before
February 27, 2026.  Any future filing on this issue should include
the entire contents of this application, the missing items noted
above, and a copy of this ruling.

                          WIL
                          EW
                          CHH

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
    FOR THE COURT